DOCKET No. __16 MAG 2394__   DEFENDANT: __Scott Lane__

AUSA __Karin Portlock__   DEF.'S COUNSEL __Julia Gatto__
☐ RETAINED   ☒ FEDERAL DEFENDERS   ☐ CJA

☐ _____ INTERPRETER NEEDED   ☐ DEFENDANT WAIVES PRE-TRIAL REPORT

☐ Rule 5   ☐ Rule 9   ☒ Rule 5(c)(3)   ☐ Detention Hrg.   DATE OF ARREST __4/12/16__   ☐ VOL. SURR.
TIME OF ARREST __8 am__   ☐ ON WRIT
☐ Other: _____   TIME OF PRESENTMENT __540 pm__

BAIL DISPOSITION   P.D. 1 Hour

☐ DETENTION ON CONSENT W/O PREJUDICE   ☒ DETENTION: RISK OF FLIGHT/DANGER   ☒ SEE ORDER
☐ DETENTION; HEARING SCHEDULED FOR _____
☐ AGREED CONDITIONS OF RELEASE
☐ DEFENDANT RELEASED ON OWN RECOGNIZANCE
☐ $ _____ PRB
☐ _____ FRP
☐ SECURED BY $ _____ CASH/PROPERTY: _____
☐ TRAVEL RESTRICTED TO SDNY/EDNY/ _____
☐ SURRENDER TRAVEL DOCUMENTS (& NO NEW APPLICATIONS)
☐ REGULAR PRETRIAL SUPERVISION   ☐ STRICT PRETRIAL SUPERVISION
☐ DRUG TESTING/TREATMENT   ☐ MENTAL HEALTH EVALUATION/TREATMENT
☐ HOME INCARCERATION   ☐ HOME DETENTION   ☐ CURFEW   ☐ ELECTRONIC MONITORING
☐ OTHER CONDITIONS _____

*U.S. DISTRICT COURT FILED APR 12 2016 S.D. OF N.Y.*

DOC # _____

☐ DEF. TO BE DETAINED UNTIL ALL CONDITIONS ARE MET
☐ DEF. TO BE RELEASED ON OWN SIGNATURE; REMAINING CONDITIONS TO BE MET BY _____
☐ DEF. TO BE RELEASED UPON SATISFACTION OF FOLLOWING CONDITIONS: _____
_____ ; REMAINING CONDITIONS TO BE MET BY _____

COMMENTS/ADDITIONAL PROCEEDINGS:
Removal order signed. Control date of April 26, 2016.

This is a presumption case and as set forth on the record the defendant poses a danger to the community such that the presumption cannot be overcome. In particular, the charged conduct makes the defendant more than a mere consumer but a participant and that distinction makes it impossible for conditions to be set that will assure the safety of the community.

☐ DEF. ARRAIGNED; PLEADS NOT GUILTY   ☐ CONFERENCE BEFORE D.J. ON _____
☐ SPEEDY TRIAL TIME EXCLUDED UNDER 18 U.S.C. § 3161(h)(7) UNTIL _____

FOR RULE 5(c)(3) CASES:
☒ IDENTITY HEARING WAIVED   ☐ PRELIMINARY HEARING WAIVED
☒ DEFENDANT TO BE REMOVED   ☐ ON DEFENDANT'S CONSENT

DATE FOR PRELIMINARY HEARING _____   ☐ ON DEFENDANT'S CONSENT

DATE: __4/12/2016__   _____
UNITED STATES MAGISTRATE JUDGE, S.D.N.Y.